**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Kenneth Lyle SPANGLE, Defendant—**
**Appellant.**

No. 01–50590.

D.C. No. CR–96–00148–GLT–1.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 13, 2003.*

Decided Jan. 16, 2003.

Before BEEZER, KLEINFELD and PAEZ, Circuit Judges.

MEMORANDUM **

Kenneth Lyle Spangle appeals from his 24–month sentence imposed following the revocation of his supervised release. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Spangle's counsel has filed a brief stating that there are no arguable issues for review, and a motion to withdraw as counsel of record. Spangle filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no issues warranting review. Accordingly, counsel's motion to withdraw is GRANTED, and the district court's judgment is AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

